UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03258-SK                          Date: July 15, 2026
Title      Joselino Figueroa Balderrama v. Ernesto Santacruz, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER GRANTING PETITION**

In March 2025, an outside colorectal surgeon examined Petitioner, diagnosed advanced Grade III internal hemorrhoids on a four-grade (I–IV) scale, and prescribed immediate corrective surgery to prevent severe blood loss and irreversible rectal prolapse.  In the more than fifteen months since, the government has not provided that surgery, has not furnished him the medications prescribed, and last month stopped supplying even the hemorrhoid pads he had used to manage his symptoms.  The facility's own diagnosis of his condition as mere "chronic first degree hemorrhoids" has been described on this record as "grossly incorrect."  Under this specific and extreme record, the court finds that the nature and duration of petitioner's confinement have become excessive in relation to its regulatory removal purposes and have taken on a punitive character that civil detention cannot bear.  *See Bell v. Wolfish*, 441 U.S. 520, 538–39 (1979); *Jackson v. Indiana*, 406 U.S. 715, 738 (1972).

Petitioner **Joselino Figueroa Balderrama (A# 218-146-930)** is therefore ORDERED RELEASED IMMEDIATELY from custody on an order of supervision with reasonable conditions that do not interfere with petitioner's ability to obtain immediate medical treatment including prescribed surgery.  Judgment in petitioner's favor will be entered accordingly.