JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSELINO FIGUEROA BALDERRAMA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, et al.,<br>Respondents. | Case No. 5:26-cv-3258-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Therefore, Petitioner **Joselino Figueroa Balderrama (A# 218-146-930**) is to be RELEASED IMMEDIATELY from custody on an order of supervision with reasonable conditions that do not interfere with petitioner's ability to obtain immediate medical treatment including prescribed surgery.

DATED: July 15, 2026

STEVE KIM
United States Magistrate Judge